UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHADWICK JONES (#376355)

VERSUS                                CIVIL ACTION

LOUISIANA DEPARTMENT OF PUBLIC        NUMBER 08-188-FJP-SCR
SAFETY AND CORRECTIONS, ET AL

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the plaintiff's claim regarding the forfeiture of good time credits, and the plaintiff's claims against the Louisiana Department of Public Safety and Corrections and Secretary LeBlanc, shall be dismissed as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

IT IS FURTHER ORDERED that plaintiff's jail credits claim shall be referred back to the magistrate judge for further proceedings.

Baton Rouge, Louisiana, May 20, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45185

SCR