UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHADWICK JONES (#376355)

VERSUS                                          CIVIL ACTION

LOUISIANA DEPARTMENT OF PUBLIC                  NUMBER 08-188-FJP-SCR
SAFETY AND CORRECTIONS, ET AL

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the plaintiff's complaint shall be dismissed for failure to prosecute pursuant to Rule 41(b) and Local Rule 41.3M.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, February 17, 2010.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46569