UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHADWICK JONES (#376355)            CIVIL ACTION

VERSUS

LOUISIANA DEPARTMENT OF PUBLIC      NUMBER 08-188-FJP-SCR
SAFETY AND CORRECTIONS, ET AL

J U D G M E N T

    For the written reasons assigned:

    IT IS ORDERED AND ADJUDGED that judgment shall be entered dismissing the plaintiff's complaint for failure to prosecute pursuant to Rule 41(b) and Local Rule 41.3M.

    Baton Rouge, Louisiana, February 17, 2010.

                                             FRANK J. POLOZOLA
                                           MIDDLE DISTRICT OF LOUISIANA

Doc#46569